**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**ROGER WOODS**                                                                    **PLAINTIFF**

**VS.**                                                                    **CAUSE NO. 1:12CV13-M-S**

**MONROE COUNTY, MISSISSIPPI**                                             **DEFENDANT**

---

### DEFENDANT MONROE COUNTY, MISSISSIPPI'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6), Defendant Monroe County, Mississippi, moves for dismissal of this case based on the reasons set forth in Monroe County, Mississippi's Memorandum in support of this motion, which is being filed contemporaneously.

WHEREFORE, Defendant Monroe County, Mississippi, seeks dismissal on all of Plaintiff's claims, and for such other and further relief as the Court deems proper under the circumstances.

This the 29th day of August, 2012.

s/Berkley N. Huskison (MSB #9582)
*Attorney for Monroe County, Mississippi*

Of Counsel

Mitchell, McNutt & Sams, P.A.
Attorneys at Law
Post Office Box 1366
Columbus, Mississippi 39703-1366
(662) 328-2316 – phone
(662) 328-8035 – facsimile
bhuskison@mitchellmcnutt.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2012, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Richard Shane McLaughlin, Esquire
*rsm@mclaughlinlawfirm.com*
*ecf@mclaughlinlawfirm.com*
*nhm@mclaughlinlawfirm.com*

Amanda Todd Daniels, Esquire
*amandastodd@yahoo.com*

Brandon S. Leslie, Esquire
*Brandon@calljmb.com*

This the 29th day of August, 2012

s/ <u>Berkley N. Huskison</u>