# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ROGER WOODS**                                                                                                   **PLAINTIFF**

**VS.**                                                          **CAUSE NO. 1:12CV13-M-S**

**MONROE COUNTY, MISSISSIPPI**                                             **DEFENDANT**

---

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS
---

    **COMES NOW**, Plaintiff Roger Woods, by and through counsel, and responds to Defendant's Motion to Dismiss and would show unto the Court as follows:

    1. Plaintiff in this claims that a Monroe County Sheriff's Deputy wrongfully took from him cash in the amount of $1,224.

    2. Defendant argues the Complaint fails to state a claim against Monroe County because the Complaint does not allege that the Deputy acted pursuant to a custom or policy sufficient to establish County liability under *Monell v. Dept. of Soc. Serv.*, 436 U.S. 658, 56 L. Ed. 2d 611, 98 S. Ct. 2018 (1978).

    3. Plaintiff concedes that the Complaint does not allege custom or policy pursuant to *Monell*. However, as set out in Plaintiff's Memorandum Brief, discovery may show a tacit custom or policy. Although the Complaint does not plead a custom or policy, Plaintiff requests that the Motion be denied to allow for discovery which may support his claim. Defendant's argument should be re-visited at the summary judgment stage.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests the Court to deny Defendant's Motion to Dismiss. Plaintiff further requests such other and more general relief to which he is entitled.

**RESPECTFULLY SUBMITTED**, this the 3d day of October, 2012.

                              **MCLAUGHLIN LAW FIRM**

                    By:    /s R. Shane McLaughlin
                            R. Shane McLaughlin (Miss. Bar No. 101185)
                            Nicole H. McLaughlin (Miss. Bar No. 101186)
                            338 North Spring Street, Suite 2
                            P.O. Box 200
                            Tupelo, Mississippi 38802
                            Telephone: (662) 840-5042
                            Facsimile: (662) 840-5043
                            E-mail: rsm@mclaughlinlawfirm.com

                            **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification to the following:

**Amanda Todd**
**Shelton & Associates, P.A.**
**P.O. Box 1362**
**Tupelo, MS 38802-1362**
**(662)842-5051/Telephone**
**(662)841-1941/Facsimile**

**Berkley N. Huskison**
**Mitchell, McNutt & Sams, P.A.**
**Post Office Box 1366**
**Columbus, Mississippi 39703-1366**
**(662) 328-2316**
*Attorney for Monroe County, Mississippi*

This, the 3d day of October, 2012.

/s R. Shane McLaughlin