743730

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ROGER WOODS**     **PLAINTIFF**

**VS.**     **CAUSE NO. 1:12CV13-M-S**

**MONROE COUNTY, MISSISSIPPI**     **DEFENDANT**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of the parties, the Court is advised that the insurer for Monroe County, Mississippi, and Roger Woods, have compromised and settled this case and, for that reason, any and all claims by or on behalf of Roger Woods in this action against Monroe County Mississippi, are hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED, this the 29th day of January, 2013.

    **/s/ MICHAEL P. MILLS**
    **CHIEF JUDGE**
    **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF MISSISSIPPI**

The Following Agree to Entry
of the Above and Foregoing Order:

s/ Amanda Todd Daniels
Attorney for Plaintiff

s/Berkley N. Huskison
Attorney for Defendant